# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BALDOMERO P. VILLA and EDERLINDA A. VILLA,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., as Trustee for LSF9 Master Participation Trust; CALIBER HOME LOANS, INC.; and SUMMIT REAL ESTATE SERVICES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-01957-APG-PAL<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of the defendants' response to the order to show cause (ECF No. 21),

IT IS ORDERED that the order to show cause (ECF No. 20) is deemed satisfied, and I will not remand for lack of subject matter jurisdiction at this time. The parties remain responsible for proving that subject matter exists in this case.

DATED this 27th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE