1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 12016
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  VATANA LAY, ESQ.
   Nevada Bar No. 12993
4  **AKERMAN LLP**
5  1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89134
6  Telephone:   (702) 634-5000
7  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
8  Email: scott.lachman@akerman.com

9  *Attorneys for U.S. Bank, N.A. as Trustee for LSF9*
   *Master Participation Trust, Caliber Home Loans,*
10 *Inc., and Summit Real Estate Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BALDOMERO P. VILLA, AND EDERLINDA A. VILLA<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., AND SUMMIT REAL ESTATE SERVICES, LLC<br><br>Defendants. | Case No.: 2:17-cv-01957-APG-PAL<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>Complaint filed: June 22, 2017<br><br>Amended Complaint Filed: April 10, 2018 |

**JOINT STIPULATION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Civil rule 6-1(a), Defendants U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), Caliber Home Loans, Inc. ("Caliber"), and Summit Real Estate Services, LLC ("Summit"), (collectively, "Defendants"), by and through its attorneys of record, Scott R. Lachman, Esq. of the law firm of AKERMAN LLP, and Plaintiffs Baldomero and Ederlinda Villa's ("Plaintiffs"), *pro per,* hereby stipulate to an extension through May 11, 2018, for Defendants to respond to Plaintiff's Amended Complaint.

…

**RECITALS**

WHEREAS, Plaintiffs filed their Amended Complaint on April 20, 2018 (Doc. 24);

WHEREAS, Defendants need additional time to respond to the Amended Complaint, and accordingly, request a brief extension through May 11, 2018, in which to respond;

WHERAS, Plaintiffs consented to this brief extension via email to Defendants' counsel;

WHEREAS, this is the first stipulation for extension of time for Defendants to respond to Plaintiffs' Amended Complaint; and

WHEREAS, this stipulation is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, that the deadline for Defendants to file their response to Plaintiffs' Amended Complaint shall be extended up to and including May 11, 2018.

IT IS SO STIPULATED.

DATED this the 27th of April 2018.

| **AKERMAN LLP**<br><br>*/s/ Vatana Lay*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 12016<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC* | */s/ Baldomero P. Villa*<br>Baldomero P. Villa<br>1978 Alcova Ridge Drive<br>Las Vegas, NV 89135<br><br>*Pro Per Plaintiff* |
|---|---|
| */s/ Elderlinda A. Villa*<br>Elderlina A. Villa<br>1978 Alcova Ridge Drive<br>Las Vegas, NV 89135<br><br>*Pro Per Plaintiff* | |

**IT IS SO ORDERED.**

_____
The Honorable Peggy A. Leen
United States Magistrate Judge
Dated: May 3, 2018

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this the 27$^h$ day of April, 2018, I electronically filed the foregoing **JOINT STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of Court for the United States District Court, District of Nevada by using the Court's CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that I have mailed the foregoing document by First-Class Mail, postage fully prepaid to the following:

Elderlina A. Villa
1978 Alcova Ridge Drive
Las Vegas, NV  89135

Baldomero P. Villa
1978 Alcova Ridge Drive
Las Vegas, NV  89135

*/s/ Patricia Larsen*
An employee of AKERMAN LLP

4