UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALDOMERO P. VILLA, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br>U.S. BANK, N.A., et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01957-APG-PAL<br><br>ORDER |

Before the court is the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 32) which requests special scheduling review.

The complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court July 18, 2017. An Amended Complaint (ECF No. 24) was filed April 10, 2018. Defendants' Answer to the Amended Complaint (ECF No. 29) was filed May 11, 2018. The parties had until June 25, 2018 to file a proposed discovery plan and scheduling order. When the parties did not do so, the court entered a discovery plan and scheduling order for them. *See* Scheduling Order (ECF No. 30). The parties' proposed plan requests 180 days calculated from the parties' Rule 26 conference on June 29, 2018, rather than 180 days calculated from the defendants' Answer to the Amended Complaint on May 11, 2018.

Having reviewed and considered the matter,

**IT IS ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 32) is **DENIED**, and the deadlines already established within the court's Scheduling Order (ECF No. 30) shall remain.

DATED this 23rd day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE