1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for U.S. Bank, N.A. as Trustee for LSF9*
   *Master Participation Trust, Caliber Home Loans,*
8  *Inc., and Summit Real Estate Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALDOMERO P. VILLA, AND EDERLINDA A. VILLA<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., AND SUMMIT REAL ESTATE SERVICES, LLC<br><br>Defendants. | Case No.: 2:17-cv-01957-APG-PAL<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

Defendants U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC, and Plaintiffs Baldomero P. Villa and Ederlinda A. Villa submit the following stipulation to modify the July 3, 2018 scheduling order [ECF No. 30] and in support state as follows:

1. On July 3, 2018, this court issued the scheduling order setting the following relevant deadlines:

    a. Last date to complete discovery: November 9, 2018;

    b. Last date to file dispositive motions: December 10, 2018;

…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

     c.     Last date to file joint pretrial order: January 9, 2019, or 30 days after a decision is issued on any dispositive motions; and

     d.     Last date to file motions or stipulations to extend discovery: October 19, 2018.

2.     The parties have served written discovery on each other, which they are in the process of responding to.

3.     The parties need additional time to complete written discovery and depositions.

4.     This is the parties' first stipulation to extend discovery deadlines.

5.     Accordingly, the parties request that the court modify the scheduling order as follows:

     a.     Last date to complete discovery: December 10, 2018;

     b.     Last date to file dispositive motions: January 14, 2019; and

     c.     Last date to file joint pretrial order: February 8, 2019, or 30 days after a decision is issued on any dispositive motions.

6.     This request is made in good faith and not for the purpose of delay.

| DATED this 1st day of October 2018. | DATED this 1st day of October 2018. |
|---|---|
| | **AKERMAN LLP** |
| */s/ Baldmomero Villa / Ederlina Villa*<br>BALDOMERO P. VILLA<br>EDERLINDA A. VILLA<br>1978 Alcova Ridge Drive<br>Las Vegas, Nevada 89135<br><br>*Plaintiffs* | */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC* |

Having reviewed and considered the matter,
**IT IS ORDERED** that the parties' Stipulation (ECF No. 37) is **DENIED**.

UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2018

46480044;1