UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALDOMERO P. VILLA, et al.,<br><br>                Plaintiffs,<br>v.<br><br>U.S. BANK, N.A., et al.,<br><br>                Defendants. | Case No. 2:17-cv-01957-APG-BNW<br><br>ORDER |

On February 7, 2019, Magistrate Judge Peggy A. Leen conducted a settlement conference. A settlement was reached and Judge Leen scheduled a telephonic status check for **11:00 a.m. May 16, 2019.** Judge Leen has since retired. Due to the scheduling needs of the court,

**IT IS ORDERED** that the parties shall, no later than **May 16, 2019**, either file their stipulation to dismiss, or a joint status report advising the court when the stipulation to dismiss will be filed. The telephonic conference call scheduled for May 16, 2019 is **VACATED**.

DATED this 13th day of May, 2019.

                                                          BRENDA WEKSLER
                                                          UNITED STATES MAGISTRATE JUDGE