1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for U.S. Bank, N.A. as Trustee for LSF9*
   *Master Participation Trust, Caliber Home Loans,*
8  *Inc., and Summit Real Estate Services, LLC*

9                    **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF NEVADA**

11  BALDOMERO P. VILLA, AND              Case No.: 2:17-cv-01957-APG-BNW
    EDERLINDA A. VILLA
12                                        **JOINT STATUS REPORT**
                  Plaintiffs,
13
    v.
14
    U.S. BANK, N.A., AS TRUSTEE FOR LSF9
15  MASTER PARTICIPATION TRUST,
    CALIBER HOME LOANS, INC., AND
16  SUMMIT REAL ESTATE SERVICES, LLC

17               Defendants.

18         Defendants U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, Caliber Home

19  Loans, Inc., and Summit Real Estate Services, LLC, and plaintiffs Baldomero P. Villa and Ederlinda

20  A. Villa submit the following status report pursuant to this Court's May 13, 2019 Order.

21         1.      On February 7, 2019 a settlement conference was held before Magistrate Judge Peggy

22  A. Lean, and the parties reached a settlement of all issues.

23         2.      Thereafter, counsel for defendants drafted a written settlement agreement

24  memorializing the agreement reached at the conference on February.

25         3.      Defendants' counsel sent the agreement to plaintiffs' counsel for review, and the parties

26  thereafter exchanged revisions.

27         4.      The parties continue to exchange revisions, and anticipate that they will have the

28  agreement finalized within the next thirty (30) days, if not sooner.

48898803;1

5. The parties further anticipate that they will be able to file a stipulation of dismissal with prejudice of this matter within sixty (60) days of this report, if not sooner.

| | |
|---|---|
| DATED this 16th day of May, 2019. | DATED this 16th day of May, 2019. |
| **THE HAYES LAW FIRM** | **AKERMAN LLP** |
| */s/ Dale A. Hayes*_____<br>DALE A. HAYES, JR., ESQ.<br>Nevada Bar No. 9056<br>4735 South Durango Drive 105<br>Las Vegas, Nevada 89147<br><br>*Attorney for Plaintiffs* | */s/ Scott R. Lachman*_____<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC* |

**IT IS ORDERED** that the parties shall have until **July 15, 2019** to either file their stipulation to dismiss with prejudice, or to file a joint status report advising when their stipulation to dismiss will be filed.

Dated: May 17, 2019

_____
Brenda Weksler
United States Magistrate Judge

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572