MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BALDOMERO P. VILLA, AND EDERLINDA A. VILLA<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., AND SUMMIT REAL ESTATE SERVICES, LLC<br><br>Defendants. | Case No.: 2:17-cv-01957-APG-BNW<br><br>**SECOND JOINT STATUS REPORT** |

Defendants U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC, and plaintiffs Baldomero P. Villa and Ederlinda A. Villa submit the following status report pursuant to this Court's May 17, 2019 Order, ECF No. 51.

1. On February 7, 2019 a settlement conference was held before Magistrate Judge Peggy A. Lean, and the parties reached a settlement of all issues.

2. Thereafter, counsel for defendants drafted a written settlement agreement memorializing the agreement reached at the conference on February.

3. Defendants' counsel sent the agreement to plaintiffs' counsel for review, and the parties thereafter exchanged multiple revisions.

4. After several exchanges, the parties reached an agreement on language in the settlement agreement on July 9, 2019.

49396662;1

1       5.     The parties anticipate that they will be able to file a stipulation of dismissal with
2  prejudice of this matter within sixty (60) days of this report, if not sooner.

3  DATED this 9th day of July, 2019.     DATED this 9th day of July, 2019.

4  **THE HAYES LAW FIRM**     **AKERMAN LLP**

5  */s/ Dale A. Hayes*     */s/ Scott R. Lachman*
   DALE A. HAYES, JR., ESQ.     MELANIE D. MORGAN, ESQ.
6  Nevada Bar No. 9056     Nevada Bar No. 8215
   4735 South Durango Drive 105     SCOTT R. LACHMAN, ESQ.
7  Las Vegas, Nevada 89147     Nevada Bar No. 12016
        1635 Village Center Circle, Suite 200
8  *Attorney for Plaintiffs*     Las Vegas, Nevada 89134

9       *Attorneys for U.S. Bank, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Real Estate Services, LLC*

**IT IS ORDERED** that the parties shall file by **September 9, 2019** either (1) a stipulation to dismiss with prejudice, or (2) a status report that informs the court of the progress made in the settlement and the issues remaining before a stipulation can be filed.

Dated: July 10, 2019

_____
Peggy A. Leen
United States Magistrate Judge

2

49396662;1