**THE HAYES LAW FIRM**
DALE A. HAYES, JR., ESQ.
Nevada State Bar No. 9056
4735 S. Durango Drive, Suite 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hayeslawNV.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BALDOMERO P. VILLA, an individual; and EDERLINDA A. VILLA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A., as Trustee for LSF9 Master Participation Trust; CALIBER HOME LOANS, INC.; and SUMMIT REAL ESTATE SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01957-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL (With Prejudice)** |

## **STIPULATION AND ORDER FOR DISMISSAL (With Prejudice)**

Plaintiffs BALDOMERO P. VILLA and EDERLINDA A. VILLA by and through their attorney of record, Dale A. Hayes, Jr., Esq., of The Hayes Law Firm, and Defendants U.S. BANK, N.A., as Trustee for LSF9 Master Participation Trust, CALIBER HOME LOANS, INC. and SUMMIT REAL ESTATE SERVICES, LLC, by and through their attorney of record, Scott R. Lachman, Esq., of the Akerman, LLP, hereby stipulate and agree to dismiss this matter with

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice. The Parties further stipulate and agree to bear their own attorney's fees and costs.

DATED this 21st day of August, 2019.          DATED this 21st day of August, 2019.

**THE HAYES LAW FIRM**                         **AKERMAN, LLP**


By: /s/ Dale A. Hayes, Jr.                     By: /s/ Scott R. Lachman
    Dale A. Hayes, Jr., Esq.                          Scott R. Lachman, Esq.
    Nevada Bar No. 9056                                Nevada Bar No. 12016
    4735 S. Durango Drive, Suite 105                   1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89147                            Las Vegas, Nevada 89134
    *Attorney for Plaintiffs*                          *Attorney for Defendants*

## ORDER

Based upon the foregoing stipulation, it is hereby ordered that this matter is dismissed with prejudice with each Party to bear their own attorneys fees and costs.

Dated: August 21, 2019.

_____
UNITED STATES DISTRICT JUDGE


Respectfully submitted by:
THE HAYES LAW FIRM


By: /s/ Dale A. Hayes, Jr.
    Dale A. Hayes, Jr., Esq.
    Nevada Bar No. 9056
    4735 S. Durango Drive, Suite 105
    Las Vegas, Nevada 89147
    dhayes@hayeslawNV.com
    *Attorney for Plaintiffs*